CHAMBER OF COMMERCE OF EASTERN UNION COUNTY, A NON-PROFIT CORPORATION OF THE STATE OF NEW JERSEY; THE ELIZABETH DAILY JOURNAL, A DIVISION OF MID-ATLANTIC NEWSPAPERS, INC., A CORPORATION OF THE STATE OF NEW JERSEY; C. THOMAS THOMAS: JAMES M. McGOWAN, PLAINTIFFS-APPELLANTS - CROSS - RESPONDENTS, v. RICHARD LEONE, TREASURER OF THE STATE OF NEW JERSEY; BRENDAN BYRNE, GOVERNOR OF THE STATE OF NEW JERSEY; F. JOSEPH CARRAGHER, ACTING SECRETARY OF THE STATE OF NEW JERSEY, DEFENDANTS-RESPONDENTS, AND THE LEGISLATURE OF THE STATE OF NEW JERSEY: S. HOWARD WOODSON, SPEAKER OF THE GENERAL ASSEMBLY; FRANK J. DODD, PRESIDENT OF THE SENATE, DEFENDANTS-RESPONDENTS-CROSS-APPELLANTS.

Argued November 29, 1977—Decided January 27, 1978.

*Mr. John M. Boyle* argued the cause for appellants (*Messrs. Sauer, Boyle, Dwyer and Canellis,* attorneys; *Mr. Boyle* and *Mr. William A. Cambria,* on the brief).

*Mr. Lawrence J. Marinari* argued the cause for cross-appellants S. Howard Woodson and the New Jersey General Assembly (*Messrs. Stockman, Marinari, Smithson and O'Donnell,* attorneys; *Ms. Maria Marinari Sypek,* on the brief).

*Mr. John P. Nulty* argued the cause for cross-appellants Frank J. Dodd and the New Jersey State Senate (*Messrs. Nulty and Hayden,* attorneys).

*Mr. Theodore A. Winard,* Assistant Attorney General, argued the cause for respondents (*Mr. William F. Hyland,* Attorney General of New Jersey, attorney).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in the opinion of the Chancery Division.

*For affirmance* — Chief Justice HUGHES and Justices MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD, SCHREIBER and HANDLER—7.

*For reversal*—None.